

# The Attorney General

## of Texas

### Austin 11, Texas

WILL WILSON
ATTORNEY GENERAL

February 25, 1957

Honorable Zollie C. Steakley
Secretary of State
Capitol Station
Austin, Texas.

OPINION NO. WW-38

Re: Deadline for filing appli-
cation to appear on the
official ballot at the
Special Senatorial Elect-
ion to be held April 2,
1957.

Dear Sir:

You have requested our official opinion on the question
of the date of the deadline for filing an application to appear
on the official ballot at the Special Senatorial Election for the
office of United States Senator to be held April 2, 1957.

Article 4.10 of the Texas Election Code provides with
reference to the filing of the application:

"Such application must be filed not later
than thirty (30) days before any such
special election . . . ."

This provision states that no application may be filed
after a thirty day period before the date of the special election.
This date, in the case which you mention, would be March 2, 1957.

Our interpretation of this statute is substantiated by
the case of Murchison v. Darden, 171 S.W. 2d 220 (Tex.Civ.App.
1943, error dism.). The statute in this case provided that an
absentee ballot must be cast not "less than three (3) days, prior
to the date of such an election". The court held that this pro-
vision meant that three (3) full days must intervene between the
end of the last day of the period for casting an absentee ballot
and the beginning of the day on which the election was to be
held. We think that in the present case this holding dictates
that there must be thirty (30) whole days between the ending of
the time for filing the application mentioned in Article 4.10
and the beginning of the day set for the special election.

Thus, all applications must be filed not later than mid-night March 2, 1957.   Attorney General's Opinions R-1164,0-4455, and 0-2298, copies of which are here enclosed, also support the above conclusion.

## SUMMARY

Application for one's name to appear upon the official ballot at the Special Senatorial Election called for April 2, 1957, must be filed not later than mid-night March 2, 1957.

Yours very truly

WILL WILSON
Attorney General

By  John H. Minton, Jr.
Assistant Attorney General

By  B. H. Timmins, Jr.
Assistant Attorney General

JHM:zt

APPROVED:

OPINION COMMITTEE

By  H. Grady Chandler
Chairman